# Exhibit 1

# Exhibit 1

**Melissa N. Thompson**
13105 Joy Rd.
Lusby, MD  20657
(202) 607-1727


August 11, 2020

U.S. Equal Employment Opportunity Commission
31 Hopkins Plaza #1432
Baltimore, MD 21201


Re:     Melissa N. Thompson Complaint No.:

To Whom It May Concern:

1.  I am writing this letter because I want to be heard and I want to explain what I endured during the last year and a half under the management of Michael Morris at Wawa Inc., in Capitol Heights, MD.

2.  I first met Mr. Morris around the end of August/beginning of September of 2018.  My store was in the middle of changing General Managers (GMs).  The first three weeks of Mr. Morris' management at my store, I was not there.  I was assisting my former GM at his new store in Waldorf, MD.  While being at the Waldorf, MD store, I received several telephone calls from coworkers at my original store in Capitol Heights stating that Mr. Morris was telling them that I was no longer an employee at that store and that I had been transferred.

3.  I was a little upset upon hearing these rumors from other associates because Mr. Morris had never spoken to me about a transfer.  I then contacted my Regional Manager Erica Gamble, and explained to her that I was assisting at this new store temporarily (for three weeks).  I was told that I would return to the Capitol Heights store after my three weeks at the Waldorf, MD store.  I nonetheless was still a little upset and I did not appreciate the new GM, Mr. Morris telling other associates that I would not be returning.

4.  This was my first experience with Mr. Morris and things went downhill from there.  My next experience with Mr. Morris was with my schedule and the hours that I would be working once I returned to the Capitol Heights store.  My hours were reduced from 30 to 35 hours a week to only working 20 to 26 hours a week.  I could not understand why and when I inquired with Mr. Morris why my hours had been reduced, he refused to give me a legitimate answer.

5.  My next experience that I endured under Mr. Morris' management occurred on Friday, March 29, 2019 while working my shift between the hours of 6:00 a.m. - 6:30 a.m.  I was standing at the cash register when a GM from another store came in and took a picture of me without my knowledge or my permission; (at the time I was standing at the register, I did not know who he was at the time nor did I know that he was a GM at another store).  When it was time for me to clock out at the end of my shift, I went outside and saw my overnight Manager Keayrus Holt who was getting off

EEOC
August 11, 2020
Page 2

at same time. I asked her if that man had taken a picture of me and she replied yes. Then she went on to say that he had sent that picture to Mr. Morris my GM. Mr. Morris then sent that picture to several Managers, including her in a group chat. She then showed me the chat that she had received, including the unflattering message that he sent. It stated "someone needs to pull Melissa aside and talk to her about her face. It is inexcusable to our customers. Our customers need great customer service and we are no longer taking this."

6. To my knowledge, there was nothing wrong with my customer service. None of my customers had ever complained to my GM or Managers about my customer service. I was upset after reading this message and literally wanted to break down and cry because I felt humiliated by the entire situation. It was only later that I found out that this GM was Mr. Morris' live-in Partner and that Mr. Morris had asked him to come to our store and check on me specifically. I felt that he should have identified himself to me prior to taking my picture and sending it to Mr. Morris to post with unflattering messages to several Wawa, Inc. Managers. I felt after this incident, that neither of them should still be employed at that point as GMs at Wawa. I also felt that I was being discriminated against since I a mixed African American young female.

7. I felt disrespected, harassed and hurt. I have never been treated in this way at any other job. I really loved my job and interacting with my customers every day. If the other GM was genuinely concerned with me not smiling and it was that big of a deal, than he should have asked if I was alright. I would have told him that normally, I work in the Deli, however, since I had a cold, I could not be around food and had to be put on the Register. Chanel Diggs was a GM in training at my store at the time of the incident, she was already on the phone with my GM Mr. Morris talking to him about the incident. She saw how upset I was and she let him know that I had seen the picture and read the chat and told him that I had every reason to be upset because nothing like that should ever happened. When I asked her for a screen shot of the message, it had already been deleted out of the Managers chat.

8. Mr. Morris himself did not address the situation with me until a few weeks later and then stood in front of me and lied to my face regarding the incident. Mr. Morris said his live-in Partner only took the picture because of my hair. I asked him "what does my hair" have to do with anything. He did not answer my question and went on apologizing on his behalf and saying it should not have happened. I said it does not matter now because it took you too long to address the entire situation. After that incident with him I felt that he would continue to single me out and that there would be nothing that I could do that would be good enough for him.

9. Mr. Morris would continue to ask me to assist with training his Assistant Managers. If I would refuse, he would threaten me with my job. He wanted me to even do the work of other employees that he had promoted over me as Managers. I would tell him I should not be doing Managers work or assisting other Managers that he promoted to do the work if they are not ready. My job should not be in jeopardy because I am standing up for what is right, and you keep using my attendance against me to make me do something or you will fire me. I tried to get a transfer several times but after Mr. Morris had damaged my reputation with other GMs through his chats, it was impossible.

10  Just before I got fired, I was dealing with one of the overnight Managers that Mr. Morris had just promoted by the name of Alvin Simmons. He promoted this man knowing Alvin was not ready to run a shift. Then Mr. Morris told me that I had to help him because I know more about overnight and he is going to need my assistance. I felt that it was not my responsibility to train any Manager at Wawa. He should be trained either by him, the GM or another Manager.

11  The First night I worked with Mr. Simmons without another Manager (February 6-7, 2020) turned out to be my last night. The first 4 hours of my shift with him I thought was ok. I say that because we were working and all joking around until he said that I "was an Associate and I needed to stay in an Associates place." I said ok and you are the Manager so I hope you can manage to run the deli and the register by yourself.

12  When I needed him in the Deli for food and things, I would say Manager we need you. Well after 4 hours of that I guess he had an issue with that. There was another GM in training there by the name of Kimberly who had come in to assist him for the rest of his shift. When she came in, Alvin went into the office with her for about 10 minutes to talk. The next thing I know, Kimberly came out and asked me to join them in the office.

13  When I went into the office, it seemed to me that Kimberly and Alvin were upset that they would have to do their jobs as Managers and would have to assist us at various times in the Deli. Then Kimberly began telling me that she did appreciate me calling Alvin Manager and that she did not appreciate the back and forth banter between Alvin and myself. I told her that I thought that we were all working, laughing and joking and that our night up to this point had gone smoothly. I stated that I had no problem with Alvin teasing me and calling me Associate. I did not take offense to Alvin stating to me to stay in an Associates place. Nor did I take any of it personal. So, I cannot believe that he is saying that I was being anything but in a joking mood because you are here now.

14  Kimberly then said it is not a game it is not a joke and then she said I have three daughters. So, I asked her "what does you're having three daughters have to do with this situation." I then said you know what, I feel like Alvin is crying wolf about us joking and now you are threating me. I then said that want to go back to work. At this point Kimberly is a noticeably big and heavy women, and she started blocking door. I asked three more times can I go back to work? I said to her that "I am over this conversation." I am not saying anything else then she let me out the office. I walked out on the floor I told my coworker who I was on the Deli board with me I was going on a smoke break because they have me messed up. At that point, Kimberly came out of the office and told me to clock out and go home.

15  When that happened, I contacted my Regional Manager Erica Gamble and left her a message asking her to contact me as soon as possible because it was important. When Ms. Gamble contacted me, it was February 7, 2020 at 8:36 a.m. and we talked for 11 minutes and I explained what happened. Then she said she was going to call me back after she called the store to speak to Mr. Morris. When she called me back that was at 8:51 a.m. and we spoke again. She said I wish you had contacted me sooner so that I could have done something prior to this. I told her every time I asked for her number, I was given an excuse as to why I could not have it. She then replied, "well its nothing I can do now because Kimberly and Alvin have already written a statement on

what happened." So, I asked her am I fired? She said she could not answer that at this time and that I should call Mr. Morris. I stated to her "you have an answer for everything else, however, but you can't tell me if I'm fired" and you are the Regional Manager above Mr. Morris, and she said "yes." Then I hung up the phone.

16. After I got off the phone with her, I received a two way phone call from a girl who no longer works for Wawa by the name of Destini and a girl who works at another store location for Wawa named Brielle who said Alvin is going around the store telling everyone he fired me (I have that conversation recorded). So, I went up to Wawa that same morning around 10:30 a.m. and spoke to another GM by the name of Chrissy Keys and I asked her if I had been fired. She said I must talk to Mr. Morris. I said where is he, she said he is not here. I said, he is never here, so do I come into work tonight because I am still on the schedule and no one has contacted me about what happened, everyone is passing the buck. However, there are rumors going around already, people are calling me already. She said just come into work like you planned and go from there. I said ok fine and I left.

17. When I came into work that evening for my shift, I was told by the Shift Manager Yanique not to clock in. She was told to get Mr. Morris on the telephone once I arrived. I told her that I had already clocked in. I then asked where was Mr. Morris? I stated that if I cannot clock in, he needs to be here in person to tell me why or tell me I am fired. She at that point called Mr. Morris. Mr. Morris began to tell me that I was fired because I threatened the staff. I at that point asked who did I threaten and who did I put my hands on? Then I stated "no one."

18. I then stated to him "how are you going to tell me what I did, and you were not even here." I was the one being ganged up on by your two Managers, Kimberly and Alvin, two managers who already had their own issues with me. You have never even asked me what happened. In addition, you are trying to fire me over the phone and that is unprofessional. Also, your Managers are telling other staff that I am fired prior to anyone in management telling me that I am fired or speaking to me further about the situation. At that point, I told him I am not clocking out until either he or Ms. Gamble comes to the store to terminate me and give me my paperwork. He then called another GM in training to come to the store and read off a text message that he sent to her to read to me that said that I was fired. He also had the Shift Manager Yanique was being instructed to clock me out and I left after that with no paperwork about me being fired.

19. I would just like to clarify something, if you who are reading this can't understand how disrespected I felt and how I feel that this entire situation was not only humiliating but also a setup by Mr. Morris and his Managers then you have never worked in an environment as dysfunctional as this particular business was and still is under the leadership of Mr. Morris. Even he cannot go to another Wawa store because no one wants him.

20. I guess when you are best friends with your Regional Manager and your live-in Partner is a GM at another Wawa that you feel that you can do and treat your employees any way that you feel without any consequences. Ms. Gamble would be in our store all the time before Mr. Morris was transferred their and became our GM at different shifts trying to get information on our other GM from the employees. She would be asking us what things are going at our store and what changes

EEOC
August 11, 2020
Page 5

can be made. She would ask us what we can do, as a team to make things better. But, once her friend Mr. Morris got there, she barley showed face. When she did show up, it was only for a hot second on Mr. Morris' shift. She stopped caring about the staff because the complaints we were making directly to our GM Mr. Morris were not getting back to her our Regional Manager because he did not want her to know that his staff could not stand the way he running the store. Nor could his staff stand the way we were being treated.

**21** The other people that work there is not my concern but they complained about him all the time the difference between me and them is I stood up for myself and because I stood up to him, he caused took me through a lot. He would try to intimidate me, threatened me, harassed me, singled me out to be harassed by himself and other GMs and his disrespect to me was constant. Mr. Morris was one of the most unprofessional managers I have ever worked under. He was constantly spreading rumors and gossiping about other staff members. He would even spread their personal business that they confided to him to other staff. This is the dysfunction that I constantly saw at the Capitol Heights, MD Wawa under the management of Mr. Michael Morris.

Sincerely,


Melissa N. Thompson

Witnesses to incidents described in this letter are as follows:

**22**
- Chrissy Keys-AGM
- Chanel Diggs- GM
- Keayrus Holt- Food and Beverage Manager
- Brielle Powell Lead Associate